UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALONDA GOBERT | *CIVIL NO. 6:15-0222 |
| VERSUS | *JUDGE DOHERTY |
| ALLSTATE INSURANCE COMPANY | *MAGISTRATE JUDGE HILL |

### MINUTES OF STATUS CONFERENCE AND ORDER

A status conference was held in chambers of the undersigned Magistrate Judge on March 25, 2015. John R. Whaley, Kenneth W. DeJean, Kenneth D. St. Pe, Sophia L. Lauricella, Philip Stephen Aucoin, Jr. and Roger D. Higgins attended.[1] The following Orders are entered;

The Preliminary Motion for Class Certification [rec. doc. 10] is **administratively terminated**;

The parties **shall file** a Joint Motion to Adopt a Class Certification Scheduling Order, utilizing the deadlines discussed during the status conference[2];

An **Amended Motion for Class Certification** shall be filed on or before **January 8, 2016.** A Motion for Special Fixing shall accompany this pleading. **Opposition** shall be filed on or before **February 5, 2016.** Any **Reply** may be filed on or before **February 19, 2016.**

---

[1] Statistical time: 35 minutes.

[2] These deadlines include: plaintiff's expert reports - September 29, 2015; agree on dates for expert depositions - September 29, 2015; defendant's expert reports - October 29, 2015; expert discovery - November 30, 2015; dispositive and *Daubert* Motions on class certification experts - December 7, 2015.

The parties shall agree, as to the form, of a Confidentiality Agreement. The Agreement shall be executed by the parties, all experts and all others who provide services in connection with this case.

The Court expects the parties to provide their witnesses and experts for deposition without the necessity of a subpoena.

Signed this 26th day of March, 2015, at Lafayette, Louisiana.

_C. Michael Hill_
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE