# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **Gobert** | **Case No. 15-cv-00222** |
| **Versus** | **Judge Terry A Doughty** |
| **Allstate Insurance Co** | **Magistrate Judge Carol B Whitehurst** |

## ORDER

Plaintiff filed an Amended Motion For Class Certification on June 19, 2019 which was referred to this Court [Rec. Doc. 70]. A Notice of Motion Setting was issued setting the Motion hearing before this Court on September 18, 2019. [Rec. Doc. 73].

**IT IS ORDERED** that the March 12, 2019 Scheduling Order setting the pre-hearing deadlines [Rec. Doc. 61] <u>remains in effect</u> and any deadlines in the Notice of Motion Setting are **VACATED**. The Court will consider the Amended Motion after the District Court rules on the Motion For Summary Judgment. In the event the Court requires oral argument it will enter such an order.

**IT IS FURTHER ORDERED** that the Motion To Certify Class filed by Plaintiff on February 27, 2015 [Rec. Doc. 10] and the prior Order setting a Motion hearing on August 27-28, 2019 [Rec. Doc. 63] are **VACATED**.

**THUS DONE AND SIGNED** this 8th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE