UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ALONDA GOBERT**                                    **CASE NO. 6:15-CV-00222**

**VERSUS**                                                       **JUDGE JUNEAU**

**ALLSTATE INSURANCE CO**                   **MAGISTRATE JUDGE WHITEHURST**

## MINUTES OF COURT:
### Motion Hearing

| Date: | November 19, 2019 | Presiding: Judge Michael J. Juneau | |
|---|---|---|---|
| Court Opened: | 11:00 a.m. | Courtroom Deputy: | Chris Guidry |
| Court Adjourned: | 12:05 p.m. | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 1 Hr./5 Min. | Courtroom: | CR1 |

## APPEARANCES

| John R Whaley and Marne Ann Jones | For | Alonda Gobert, Plaintiff |
|---|---|---|
| Roger D Higgins, Kenneth W. DeJean, Kenneth D St. Pe and Benjamin Dampf | For | Allstate Insurance Co., et al., Defendants |

## PROCEEDINGS

Case called for oral argument on the Defendant's Motion for Summary Judgment, Rec. Doc. [64]. After considering the evidence, the memoranda filed by the parties, the applicable law, and the arguments of counsel, and for the reasons orally assigned, the Defendant's Motion for Summary Judgment, Rec. Doc. [64] is GRANTED.

A written ruling will be issued by the Court.

Counsel shall refer to the official transcript of this hearing for a complete record.