UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ALONDA GOBERT                    CIVIL ACTION NO.  6:15-CV-00222

VERSUS                           JUDGE JUNEAU

ALLSTATE INSURANCE CO            MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

Defendant's Motion for Summary Judgment, Rec. Doc. [64], came for hearing before the Court on November 20, 2019; appearing were J.R. Whaley, Kenneth St. Pé, and Kenneth DeJean on behalf of Plaintiff, Alonda Gobert, and Roger Higgins and Marne Jones on behalf of Defendant, Allstate Insurance Co. After due consideration of the motion, and for the reasons orally assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's motion be **GRANTED.** Given the dismissal of Plaintiff's claims, Plaintiff's Motion for Class Certification, Rec. Doc. [70], and Motion to Exclude Testimony of Johnette Hassell, PH.D., Rec. Doc. [66], are hereby **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 20th day of November, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE