UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ALONDA GOBERT** | **CASE NO.  6:15-CV-00222** |
| **VERSUS** | **JUDGE JUNEAU** |
| **ALLSTATE INSURANCE CO** | **MAGISTRATE JUDGE WHITEHURST** |

**MINUTES OF COURT:**
**Motion Hearing**

| Date: | February 13, 2020 | Presiding: Judge Michael J. Juneau | |
|---|---|---|---|
| Court Opened: | 10:40 a.m. | Courtroom Deputy: | Chris Guidry |
| Court Adjourned: | 11:15 a.m. | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 35 Min. | Courtroom: | CR1 |

**APPEARANCES**

| | | |
|---|---|---|
| John R Whaley, Kenneth W. DeJean, Kenneth D. St. Pe, and Stephen B. Murray, Jr. | For | Alonda Gobert, Plaintiff |
| Roger D Higgins | For | Allstate Insurance Co, Defendant |

**PROCEEDINGS**

 Case called for oral argument on the Plaintiff's Motion for New Trial, or in the Alternative, Motion to Alter or Amend the Judgment, Rec. Doc. [99].

After considering the evidence, the memoranda filed by the parties, the applicable law, and the arguments of counsel, the Plaintiff's Motion for New Trial, or in the Alternative, Motion to Alter or Amend the Judgment, [99] is DENIED at Plaintiff's costs.  A written ruling will be issued by the Court.

Counsel shall refer to the official transcript of this hearing for a complete record.