UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ALONDA GOBERT | CIVIL ACTION NO. 6:15-CV-00222 |
| VERSUS | JUDGE JUNEAU |
| ALLSTATE INSURANCE CO | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

Plaintiff's Motion for New Trial, or in the alternative, Motion to Alter or Amend Judgment, Rec. Doc. [99], came for hearing before the Court on February 13, 2020; appearing were J.R. Whaley, Ken DeJean, Ken St Pé, and Stephen Murray on behalf of Plaintiff, Alonda Gobert and Roger Higgins and Marne Jones on behalf of Defendant, Allstate Insurance Co. After due consideration of the motion, and for the reasons orally assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Reurged Motion for New Trial, or in the alternative, Motion to Alter or Amend Judgment be **DENIED.** Accordingly, this matter remains **DISMISSED**. Plaintiff is to bear costs.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 14th day of February, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE